IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

VALDOSTA DIVISION

| | |
|---|---|
| DANIEL CRUMPLER, | : |
| Plaintiffs, | : |
| v. | : |
| WESTLAKE SERVICES HOLDING COMPANY, and PRINCIPAL LIFE INSURANCE COMPANY, | : CASE NO: 7:24-cv-49 (WLS) |
| Defendants. | : |

**ORDER**

A discovery conference was held in the above-styled action on Tuesday, July 30, 2024. This Order memorializes that hearing.

At the beginning of the conference, the Court asked the Parties to explain why they had not prepared a Joint Proposed Scheduling and Discovery Order. The Parties responded that they were in the midst of settlement negotiations. Based on the Parties' representations the Court found a prima facie evidence of an agreement. Based on this, the Court *sua sponte* **SUSPENDS** discovery in the above captioned case for thirty (30) days in order for the Parties to have adequate time to pursue conclusion of settlement, if they wish to. The Parties are **ORDERED** to file a notice on the docket no later than **Tuesday, September 3rd, 2024,** indicating whether a settlement has been reached. If not, the Court will schedule a telephonic conference with the Parties to set discovery deadlines in the case.

**SO ORDERED**, this 31st day of July 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1