IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DANIEL CRUMPLER, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : CASE NO: 7:24-cv-49 (WLS) <br> WESTLAKE SERVICES HOLDING : <br> COMPANY, and PRINCIPAL LIFE : <br> INSURANCE COMPANY, : <br> : <br> Defendants. : <br> _____ : | |

## ORDER

On July 31, 2024, the Court entered an Order (Doc. 12) suspending discovery in the above-captioned case to allow the Parties adequate time to complete settlement negotiations. In that Order, the Parties were ordered to file a notice on the docket no later than Tuesday, September 3, 2024, indicating whether a settlement has been reached. To date, the Parties have failed to do so.

Although Defense Counsel emailed the Courtroom Deputy regarding the settlement discussion, this is *not* sufficient. Such communications with the Courtroom Deputy raise significant *ex parte* communication concerns, which is why the Court instructed the Parties to file a notice on the docket. Both Defense Counsel and Plaintiff Daniel Crumpler are therefore **ORDERED** to file a response in compliance with the Court's prior order no later than **Monday, September 16, 2024**. Further failure to timely comply with the Court's Order will result in the issuance of a show cause order for sanctions.

**SO ORDERED**, this 9th day of September 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**