IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DANIEL CRUMPLER, | : |
| Plaintiff, | : |
| v. | : |
| WESTLAKE SERVICES HOLDING COMPANY, and PRINCIPAL LIFE INSURANCE COMPANY, | : CASE NO: 7:24-cv-49 (WLS) |
| Defendants. | : |

## ORDER

Before the Court is Defendant Westlake Holding Company's ("Defendant Westlake") Motion to Enforce Settlement Agreement ("the Motion") (Doc. 18). Therein, Defendant Westlake asks the Court to dismiss the above-captioned action based on a putative settlement agreement with Plaintiff. Plaintiff is **ORDERED** to file a response to the Motion no later than **Tuesday, October 8, 2024**. Defendants may file a Reply, if they wish to, no later than fourteen (14) days after Plaintiff files his response.

Additionally, The Court finds a hearing necessary to resolve the Motion. The Parties are therefore **ORDERED** to contact the Courtroom Deputy no later than **Wednesday, September 25, 2024,** to coordinate scheduling of that hearing.

**SO ORDERED**, this 18th day of September 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1