IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DANIEL CRUMPLER, : | |
| : | |
| Plaintiffs, : | |
| v. : | |
| : | CASE NO: 7:24-cv-49 (WLS) |
| WESTLAKE SERVICES HOLDING : | |
| COMPANY, and PRINCIPAL LIFE : | |
| INSURANCE COMPANY, : | |
| : | |
| Defendants. : | |

## ORDER

Before the Court is Defendant Westlake Holding Company's Motion to Appear Remotely ("the Motion") (Doc. 24). Therein, Defense Counsel requests to appear remotely at the hearing currently set for December 3, 2024, remotely because "[t]ravel for in-person appearance would be costly and burdensome[.]" (Doc. 24 ¶ 2).

It has long been the Court's practice to require in-person attendance at hearings. Although accommodations were necessary during the COVID-19 pandemic, the Court has returned to its longstanding practice of requiring in-person attendance absent a showing of extraordinary circumstances. The Court finds Counsel's proffered reasons insufficient to show such extraordinary circumstances. Counsel who practice in Atlanta who choose to practice in this Court routinely travel to Albany to attend hearings in person, and the Court sees no reason to treat Counsel in this case differently. Accordingly, the Motion (Doc. 24) is **DENIED**. However, the Court is willing to change the time and/or date of the conference to accommodate Counsel, if they timely make a written request.

**SO ORDERED**, this 15th day of October 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1