IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DANIEL CRUMPLER, | : |
| Plaintiffs, | : |
| v. | : |
| WESTLAKE SERVICES HOLDING COMPANY, and PRINCIPAL LIFE INSURANCE COMPANY, | : CASE NO: 7:24-cv-49 (WLS) |
| Defendants. | : |

## ORDER

On September 16, 2024, Defendant Westlake Services Holding Company ("Defendant Westlake") filed a Motion to Enforce Settlement (Doc. 18). The Court found that a hearing was necessary on that motion, and therefore noticed a hearing for December 3, 2024 at 2:00 P.M. in Albany. Since Defendant's Motion to Enforce Settlement, the Parties have filed a number of other motions. **This Order is to clarify that the Court will hear arguments and receive evidence only regarding Defendant Westlake's Motion to Enforce Settlement at the hearing.** No arguments or evidence will be accepted with respect to Defendant Westlake's Motion to Dismiss (Doc. 29), Plaintiff's *pro se* Motion to Produce Documents (Doc. 33), and Motion for Judgment on the Pleadings (Doc. 33).

**SO ORDERED**, this 22nd day of November 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1