IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DANIEL CRUMPLER, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-49 (WLS) |
| | * |
| WESTLAKE SERVICES HOLDING COMPANY, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 13, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $2,106.13.

This 13th day of February, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk