IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DANIEL CRUMPLER, | : |
| Plaintiff, | : |
| v. | : |
| WESTLAKE SERVICES HOLDING COMPANY, | : CASE NO: 7:24-CV-49 (WLS) |
| Defendant. | : |

## **ORDER**

Before the Court are Plaintiff's *pro se* "Emergency" Contempt Motions and Motions for Sanctions (Doc. 43 & 44) ("the Motions").[1] Therein, Plaintiff reports to the Court that Defendant Westlake Services Holding Company ("Defendant Westlake") has failed to pay Plaintiff as required by the Order (Doc. 41) entered on February 13, 2025. Although the failure to pay a money judgment within two weeks of a judgment is in no way an emergency, the Court finds it appropriate for Defendant Westlake to respond.

Accordingly, Defendant Westlake is **ORDERED** to respond to the Motions no later than **Friday, March 7, 2025**. Additionally, Plaintiff is noticed that the filing of emergency motions when there is no apparent emergency in the future may be cause to issue sanctions against Plaintiff himself.

In any event, the Court expects reasonable and cooperative diligence on the part of both Parties in effecting the Court's Order.

**SO ORDERED**, this 28th day of February 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The motions appear to be duplicates. (*See* Docs 43 &44). The Court will therefore address them together.

1